IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ANNE BRITTON, INDIVIDUALLY AND AS                                PLAINTIFF
ADMINISTRATRIX OF THE ESTATE OF ADELE
WATSON, DECEASED, AND ON BEHALF OF THE
WRONGFUL DEATH BENEFICIARIES OF ADELE
WATSON

V.                        NO. CV-2005-5182

BEVERLY ENTERPRISES, INC.,                                       DEFENDANTS
BEVERLY HEALTH AND REHABILITATION
SERVICES, INC. AND BEVERLY ENTERPRISES –
ARKANSAS, INC. D/B/A BEVERLY HEALTHCARE –
ROGERS

ORDER

Now on this 21st day of November 2005, the defendants' **Motion to Remand to State Court** (document #3) and the parties' **Stipulation for Order Remanding Action to State Court** (document #2) comes on to be heard. The Court, being well and sufficiently advised, finds that the above referenced matter should be, and it hereby is, remanded to the Circuit Court of Benton County, Arkansas.

**IT IS, THEREFORE, ORDERED** that defendants' **Motion To Remand to State Court** is **granted**, and the Clerk of Court is directed to remand this matter to the Circuit Court of Benton County, Arkansas.

**IT IS SO ORDERED.**

/s/ Jimm Larry Hendren
JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE